UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ABIMAEL PEREZ, ISAIN CERON, MISAEL MORALES, ULBER MORALES, CARLOS GONZALEZ, and JORGE MELCHOR,<br><br>*Plaintiffs,*<br><br>v.<br><br>GOODFELLAS CAFE LLC, AC702 LLC, GENNARO IANNACCONE, ANDREA COPPOLA, and FRANCESCO AURIOSO,<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:15-cv-00642-CSH<br><br><br><br>October 16, 2015 |

**NOTICE OF VOLUNTARY DISMISSAL OF NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs give notice of the voluntary dismissal all claims of negligent infliction of emotional distress alleged by any Plaintiff against any Defendant. *See* Amended Complaint, ECF No. 26, ¶¶ 163-68.

Respectfully,

/s/ Michael J. Wishnie
Michael J. Wishnie, Supervising Attorney (ct27221)
A. Nicole Hallett, Supervising Attorney (ct28495)
Will Bloom, Law Student Intern
Jordan Laris Cohen, Law Student Intern
Zachary Manfredi, Law Student Intern
Adan Martinez, Law Student Intern
Joshua Nuni, Law Student Intern
JEROME N. FRANK LEGAL SERVICES ORG.
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
*Counsel for the Plaintiffs*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was e-filed by Plaintiffs and served by regular mail on anyone unable to accept electronic filing, on October 16, 2015. Notice of this e-filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

William A. Ryan (ct15530)
Eric M. Desmond (ct27798)
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, Connecticut 06510
Telephone:203-752-9794
Facsimile:203-785-1547
e-mail: william.ryan@ryan-ryan.net
e-mail: eric.desmond@ryan-ryan.net

For the Defendant, Genarro Iannaccone.

Attorney Donn A. Swift (ct05247)
Attorney Matthew D. Popilowski (ct28869)
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street New Haven, Connecticut 06510
Phone: 203.787.0275
e-mail: dswift@ltke.com
e-mail: mpopilowski@ltke.com

For the Defendants, Goodfellas Café, LLC, Andrea Coppola, Francesco Aurioso, and AC702 LLC.

                                                                                        Michael J. Wishnie, Esq. ct27221
                                        Jerome N. Frank Legal Services Organization
                                        Yale Law School
                                        127 Wall Street
                                        New Haven, CT 06511
                                        Telephone:  (203) 432-4800
                                        Facsimile:  (203) 432-1426
                                        Email: michael.wishnie@yale.edu