UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABIMAEL PEREZ, ISAIN CERON, MISAEL MORALES, ULBER MORALES, CARLOS GONZALEZ, and JORGE MELCHOR, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOODFELLAS CAFE LLC, AC702 LLC, GENNARO IANNACCONE, ANDREA COPPOLA, and FRANCESCO AURIOSO, <br><br> *Defendants.* | No. 3:15-cv-00642-CSH <br><br><br> October 21, 2015 |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF ULBER MORALES' FORCED LABOR CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ulber Morales gives notice of the voluntary dismissal of all forced labor claims under 18 U.S.C. §§ 1595, 1589 alleged by him against any Defendant. *See* Amended Complaint, ECF No. 26, ¶¶ 117-24.

    Respectfully,

    /s/ Michael J. Wishnie
    Michael J. Wishnie, Supervising Attorney (ct27221)
    A. Nicole Hallett, Supervising Attorney (ct28495)
    Will Bloom, Law Student Intern
    Jordan Laris Cohen, Law Student Intern
    Zachary Manfredi, Law Student Intern
    Adan Martinez, Law Student Intern
    Joshua Nuni, Law Student Intern
    JEROME N. FRANK LEGAL SERVICES ORG.
    P.O. Box 209090
    New Haven, CT 06520-9090
    Phone: (203) 432-4800
    *Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was e-filed by Plaintiffs and served by regular mail on anyone unable to accept electronic filing, on October 21, 2015. Notice of this e-filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

William A. Ryan (ct15530)
Eric M. Desmond (ct27798)
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, Connecticut 06510
Telephone: 203-752-9794
Facsimile: 203-785-1547
e-mail: william.ryan@ryan-ryan.net
e-mail: eric.desmond@ryan-ryan.net

For the Defendant, Genarro Iannaccone.

Attorney Donn A. Swift (ct05247)
Attorney Matthew D. Popilowski (ct28869)
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street New Haven, Connecticut 06510
Phone: 203.787.0275
e-mail: dswift@ltke.com
e-mail: mpopilowski@ltke.com

For the Defendants, Goodfellas Café, LLC, Andrea Coppola, Francesco Aurioso, and AC702 LLC.

 

                                                      _____
                                                      Michael J. Wishnie, Esq. ct27221
                                                       Jerome N. Frank Legal Services Organization
                                                       Yale Law School
                                                       127 Wall Street
                                                        New Haven, CT 06511
                                                       Telephone:  (203) 432-4800
                                                        Facsimile:  (203) 432-1426
                                                        Email: michael.wishnie@yale.edu