UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABIMAEL PEREZ, ISAIN CERON, MISAEL MORALES, ULBER MORALES, CARLOS GONZALEZ, and JORGE MELCHOR,<br><br>*Plaintiffs,*<br><br>v.<br><br>GOODFELLAS CAFE LLC, AC702 LLC, GENNARO IANNACCONE, ANDREA COPPOLA, and FRANCESCO AURIOSO,<br><br>*Defendants.* | No. 3:15-cv-00642-CSH<br><br>April 24, 2016 |

**STIPULATION OF DISMISSAL OF ALL CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs give notice of the stipulation of all parties to dismiss all remaining claims alleged by any Plaintiff against any Defendant with prejudice.

Respectfully,

/s/ A. Nicole Hallett
A. Nicole Hallett, Supervising Attorney (ct28495)
Will Bloom, Law Student Intern
Jordan Laris Cohen, Law Student Intern
Carolyn Lipp, Law Student Intern
Adan Martinez, Law Student Intern
JEROME N. FRANK LEGAL SERVICES ORG.
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
*Counsel for the Plaintiffs*

/s/ Eric M. Desmond
Eric M. Desmond (ct27798)
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, Connecticut, 06510
Telephone: (203) 752-9794
Facsimile: (203) 785-1547
e-mail: eric.desmond@ryan-ryan.net
*Counsel for Defendant Iannaccone*

/s/ Donn A. Swift
Donn A. Swift, Esq. (ct05274)
Lynch, Traub, Keefe and Errante, P.C.
52 Trumbull Street, P.O. Box 1612
New Haven, CT, 06510
Telephone: (203) 787-0275
Facsimile: (203) 782-0278
*Counsel for Defendants Coppola, Aurioso, Goodfellas Café LLC, and AC702 LLC*

CERTIFICATE OF SERVICE

       I hereby certify that the foregoing was e-filed by Plaintiffs and served by regular mail on anyone unable to accept electronic filing, on April 24, 2016. Notice of this e-filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.


William A. Ryan (ct15530)
Eric M. Desmond (ct27798)
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, Connecticut 06510
Telephone:203-752-9794
Facsimile:203-785-1547
e-mail: william.ryan@ryan-ryan.net
e-mail: eric.desmond@ryan-ryan.net

For the Defendant, Genarro Iannaccone.

Attorney Donn A. Swift (ct05247)
Attorney Matthew D. Popilowski (ct28869)
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street New Haven, Connecticut 06510
Phone: 203.787.0275
e-mail: dswift@ltke.com
e-mail: mpopilowski@ltke.com

For the Defendants, Goodfellas Café, LLC, Andrea Coppola, Francesco Aurioso, and AC702 LLC.


                     /s/ A. Nicole Hallett
                     A. Nicole Hallett, Esq. ct28495
                     Jerome N. Frank Legal Services Organization
                     Yale Law School
                     127 Wall Street
                     New Haven, CT 06511
                     Telephone:  (203) 432-4800
                     Facsimile:  (203) 432-1426
                     Email: nicole.hallett@yale.edu